**Alma Victoria RIVERA–MEJICANOS; Cristopher A. Rivera, Petitioners**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 08–60607

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 23, 2009.

Elizabeth M. Mendoza Macias, Houston, TX, for Petitioners.

Thomas Ward Hussey, Director, John Clifford Cunningham, Holly Michele Smith, U.S. Department of Justice, Office of Immigration Litigation Ben Franklin Station, Washington, DC, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Alma Victoria Rivera–Mejicanos and Cristopher A. Rivera, natives and citizens of Guatemala, have filed a petition for review of the Board of Immigration Appeals' (BIA) order denying their application for withholding of removal.

The petitioners argue that they are eligible for withholding for removal because they experienced past persecution and have a well-founded fear of future persecution. This court reviews the BIA's rulings of law de novo and its findings of fact, including its findings regarding withholding of removal, for substantial evidence. *Zhu v. Gonzales,* 493 F.3d 588, 594 (5th Cir.2007). Under the substantial evidence standard, this court may not reverse the BIA's factual findings unless the evidence compels a contrary conclusion. *Id.*

The record does not compel a conclusion contrary to the BIA's finding that the petitioners did not demonstrate past persecution on account of their race, religion, nationality, membership in a particular social group, or political opinion. *See id.* at 596–97; 8 C.F.R. § 1208.16(b)(1). The record also does not compel a conclusion contrary

to the BIA's finding that the petitioners did not meet their burden of proof establishing that it was more likely than not that they would be persecuted on account of their race, religion, nationality, membership in a particular social group, or political opinion if they returned to Guatemala. *See* 8 C.F.R. § 1208.16(b)(2); *cf. Zhu*, 493 F.3d at 597. Accordingly, the petition for review is DENIED.

interlocutory appeal from underlying bankruptcy proceedings, and the according dismissal of his action before the district court. He sought to appeal a non-final bankruptcy court order on matters pertaining to discovery, but has failed to demonstrate circumstances justifying leave of court for an interlocutory appeal under 28 U.S.C. § 158(a)(3). Accordingly, the district court lacked jurisdiction over the appeal, and its dismissal of the same is AFFIRMED.

**In the Matter of BUTAN VALLEY N.V., Debtor.**

**Osama Alkasabi, Appellant.**

No. 09–20059

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 23, 2009.

Osama Alkasabi, La Jolla, CA, pro se.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Appellant Osama Alkasabi appeals the district court's denial of leave to file an

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.